ISSUED  ORIGINAL

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

FILED
NOV 14 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:22-mj-00172-BAM |
| Jacob Jacobsen | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

USMS FRESNO RCVD

## ARREST WARRANT

NOV 9 2022 AM 8:51

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jacob Jacobsen,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 2251(a) and (e) - Sexual Exploitation of a Minor and Attempt

Title 18, United States Code, Section 2252(a)(2) - Receipt of a visual depiction of a minor engaged in sexually explicit conduct

Date: 11/8/22

*Issuing officer's signature*
B. McAuliffe

City and state: Fresno, California

Hon. Barbara A. McAuliffe - U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/8/22, and the person was arrested on *(date)* 11/14/2022
at *(city and state)* Fresno CA

Date: 11/14/2022

*Arresting officer's signature*
Aguirre for FBI

F. Aguirre, DA
*Printed name and title*