No. _____

FILED
Nov 18, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

1:22-cr-00304-ADA-BAM

## THE UNITED STATES OF AMERICA
*vs.*

### JACOB JACOBSEN

## INDICTMENT

**VIOLATION(S):** 18 U.S.C. §§ 2251(a) and (e) – Sexual Exploitation of Children and Attempt (Four Counts); 18 U.S.C. § 2252(a)(2) – Receipt of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct; 18 U.S.C. § 2253 - Criminal Forfeiture

A true bill,

_____/ S /_____
Foreman.

Filed in open court this _____ day

of _____, A.D. 20 _____

_____
Clerk.

Bail, $ __ AS PREVIOUSLY SET __

*B. McAuliffe*   11/18/22

GPO 863 525

AO 257 (Rev. 9/92)

_____ YES: SAB conflict in USAO (Before 01/01/13)  ___Yes: SKO conflict in USAO (Before 4/12/10)   PER 18 U.S.C. 3170

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING: Case No. _____

Name of District Court, and/or Judge/Magistrate Judge Location (City)
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
SEE INDICTMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of offense: Fresno County
U.S.C. Citation: See Indictment

**DEFENDANT – – U.S. vs.**
JACOB JACOBSEN

Address:

Birth Date: (Optional unless a juvenile)
☒ Male  ☐ Alien
☐ Female  (if applicable)

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
SA- Kevin Kandow- FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE JUDGE CASE NO.
1:22-mj-00172-BAM

Name and Office of Person Furnishing Information on THIS FORM: KERRY RIN
☐ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): DAVID L. GAPPA

**DEFENDANT**

**IS _NOT_ IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  ☐ Fed'l  ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed: Mo. Day Year

DATE OF ARREST ▶ _____
Or . . . if Arresting Agency & Warrant were not Federal
Mo. Day Year
DATE TRANSFERRED TO U.S. CUSTODY ▷ _____

☐ This report amends AO 257 previously submitted

---

ADDITIONAL INFORMATION OR COMMENTS

X  **ADD FORFEITURE UNIT** (Check if Forfeiture Allegation)

**PRELIMINARY HEARING set for 11/18/2022**

## United States v. Jacob Jacobsen
## Penalties for Indictment

### COUNTS 1-4:

VIOLATION:  18 U.S.C. §§ 2251(a) and (e) – Sexual Exploitation of Children and Attempt

PENALTIES:  Imprisonment: 15 years (mandatory minimum) to 30 years
Fine of up to $250,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENTS: $5100 (mandatory on each count)

### COUNT 2:

VIOLATION:  18 U.S.C. § 2252(a)(2) – Receipt of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct

PENALTIES:  Imprisonment: 5 years (mandatory minimum) to 20 years
Fine of up to $250,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENTS: $5100 (mandatory)

### FORFEITURE ALLEGATION:

VIOLATION:  18 U.S.C. § 2253 - Criminal Forfeiture

PENALTIES:  As stated in the charging document