DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
3185 M. Street; Suite 200
Merced, CA 95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
JACOB JACOBSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACOB JACOBSEN,<br><br>Defendant. | Case No. 1:22-cr-00304 -ADA - BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 14, 2024<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

This case is scheduled for a status conference on December 13, 2023. The parties have agreed to move this hearing to February 14, 2024.

Plaintiff, by and through its counsel of record, and defendant by and through his counsel of record hereby stipulate as follows:

1. By previous order this matter was set for a status conference hearing on December 13, 2023.

2. By this stipulation, the parties agree that the next status conference be scheduled for February 14, 2024, and to exclude time between those two dates.

3. The parties agree, and request that the Court find the following:

    a. A continuance is required to permit counsel to speak with his client concerning the status of the plea negotiations and his options.

      b. The parties anticipate that a change of plea date will be scheduled before the next status conference date but are still in negotiations concerning the specifics of a potential plea agreement.

      c. Both parties consent to this continuance and agree that time should continue to be excluded under the Speedy Trial Act up to and including February 14, 2024 for purposes of defense preparation and settlement negotiation.

IT IS SO SIPULATED:

                                        PHILLIP A. TALBERT
                                        United States Attorney

DATED: 11/29/23                        /s/ _David Gappa_____
                                        DAVID GAPPA
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

DATED: 11/29/23                        /s/ Douglas Foster_____
                                        DOUGLAS C. FOSTER
                                        Law Offices of Douglas C. Foster
                                        Attorney for Defendant
                                        JACOB JACOBSEN

# ORDER

IT IS SO ORDERED that the status conference is continued from December 13, 2023, to **February 14, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: __November 29, 2023__          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE

USA v. Jacobsen – Stipulation and Order