DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
3185 M. Street; Suite 200
Merced, CA 95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
JACOB JACOBSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACOB JACOBSEN,<br><br>Defendant. | Case No. 1:22-cr-00304-NODJ-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>PROPOSED DATE: January 13, 2025<br>TIME: 9:00 a.m.<br>COURT: NODJ |

This case is scheduled for change of plea hearing on November 6, 2024. The parties have agreed to move this hearing to January 13, 2025.

Plaintiff, by and through its counsel of record, and defendant by and through his counsel of record hereby stipulate as follows:

1. By previous order this matter was set for a change of plea hearing on November 6, 2024.

2. By this stipulation, the parties agree that the change of plea hearing may be continued to January 13, 2025, and to exclude time between those two dates.

3. The parties agree, and request that the Court find the following:

    a. A continuance is required to permit a defense expert to complete her work and for counsel to consult with his client concerning the results of the evaluation.

    b. Defense counsel awaits the expert report in order to present potential mitigating information to the government that may impact the specifics of Mr. Jacobsen's plea.

    c. Both parties consent to this continuance and agree that time should continue to be excluded under the Speedy Trial Act, under 18 U.S.C. §§3161(h)(1)(A), (7)(A) and (h)(7)(B)(iv), up to and including January, 2025 for purposes of defense preparation and settlement negotiation.

IT IS SO SIPULATED:

                                                                          PHILLIP A. TALBERT
                                                                          United States Attorney

DATED: 10/28/24                                    /s/ David Gappa_____
                                                                          DAVID GAPPA
                                                                          Assistant United States Attorney
                                                                          Attorney for Plaintiff

DATED: 10/28/24                                    /s/ Douglas Foster_____
                                                                          DOUGLAS C. FOSTER
                                                                          Law Offices of Douglas C. Foster
                                                                          Attorney for Defendant
                                                                          JACOB JACOBSEN

USA v. Jacobsen – Stipulation and Order

# ORDER

IT IS SO ORDERED that the change of plea hearing is continued from November 6, 2024, to **January 13, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge.** Time is excluded pursuant to 18 U.S.C. §§3161(h)(1)(A), (7)(A) and (h)(7)(B)(iv).  The Court also sets a status conference for **December 11, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. If the parties file the plea agreement in advance of December 11, 2024, the Court will vacate the status conference.

IT IS SO ORDERED.

Dated:   **October 28, 2024**              /s/ Barbara A. McAuliffe            _
UNITED STATES MAGISTRATE JUDGE

USA v. Jacobsen – Stipulation and Order