1  DOUGLAS C. FOSTER, CA #205674
   Law Offices of Douglas C. Foster
2  3185 M. Street; Suite 200
   Merced, CA  95348
3  Telephone: (209) 691-7280
   Fax: (209) 691-7290
4
   Attorney for Defendant
5  JACOB JACOBSEN

6

7                  IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA, | Case No. 1:22-cr-00304-NODJ-BAM
11 |         Plaintiff,         |
12 | vs.                        | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND FINDINGS AND ORDER
13 | JACOB JACOBSEN,            |
14 |         Defendant.         | PROPOSED DATE: January 13, 2025
                                  TIME: 9:00 a.m.
15                                COURT: NODJ

16

17

18     This case is scheduled for change of plea hearing on January 13, 2024. Due to the

19 unavailability of counsel, the parties have agreed to move this hearing to February 10, 2025.

20     Plaintiff, by and through its counsel of record, and defendant by and through his counsel

21 of record hereby stipulate as follows:

22     1. By previous order this matter was set for a change of plea hearing on January 13,

23        2025.

24     2. By this stipulation, the parties agree that the change of plea hearing may be continued

25        to February 10, 2025, and to exclude time between those two dates.

26

27

28

3. The parties agree, and request that the Court find the following:

    a. A continuance is required due to the unavailability of counsel.

    b. Both parties consent to this continuance and agree that time should continue to be excluded under the Speedy Trial Act, under 18 U.S.C. §§3161(h)(1)(A), (7)(A) and (h)(7)(B)(iv), up to and including February 10, 2025 for purposes of defense preparation and settlement negotiation.

IT IS SO SIPULATED:

                                                      PHILLIP A. TALBERT
                                                     United States Attorney

DATED: 12/26/24                              /s/ David Gappa
                                                     DAVID GAPPA
                                                     Assistant United States Attorney
                                                     Attorney for Plaintiff

DATED: 12/26/24                              /s/ Douglas Foster
                                                     DOUGLAS C. FOSTER
                                                   Law Offices of Douglas C. Foster
                                                   Attorney for Defendant
                                                   JACOB JACOBSEN

USA v. Jacobsen – Stipulation and Order

**ORDER**

IT IS SO ORDERED that the change of plea hearing is continued from January 8, 2025, to **February 10, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded pursuant to 18 U.S.C. §§3161(h)(1)(A), (7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: __December 27, 2024__          /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE