DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
3185 M. Street; Suite 200
Merced, CA  95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
JACOB JACOBSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACOB JACOBSEN,<br><br>Defendant. | Case No. 1:22-cr-00304<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>PROPOSED DATE: March 10, 2025<br>TIME: 9:30 a.m.<br>COURT: |

This case was originally scheduled for change of plea hearing on February 10, 2025. On its own motion, the court changed the date of the plea to February 12, 2025. Because defense counsel had pre-existing commitments that day, the parties have agreed to move this hearing to March 10, 2025.

Plaintiff, by and through its counsel of record, and defendant by and through his counsel of record hereby stipulate as follows:

1. By previous order this matter was set for a change of plea hearing on February 10, 2025.

2. On February 5, 2025, the court changed the date of the hearing on its own motion to February 12, 2025.

3. By this stipulation, the parties agree that the change of plea hearing may be continued to March 10, 2025, and to exclude time between those two dates.

4. The parties agree, and consent to this continuance and agree that time should continue to be excluded under the Speedy Trial Act, under 18 U.S.C. §§3161(h)(1)(A), (7)(A) and (h)(7)(B)(iv), up to and including March 10, 2025 for purposes of defense preparation and settlement negotiation.

IT IS SO SIPULATED:

                                                          PHILLIP A. TALBERT
                                                        United States Attorney

DATED: 2/6/25                              /s/ David Gappa
                                                        DAVID GAPPA
                                                        Assistant United States Attorney
                                                        Attorney for Plaintiff

DATED: 2/6/25                              /s/ Douglas Foster
                                                        DOUGLAS C. FOSTER
                                                        Law Offices of Douglas C. Foster
                                                        Attorney for Defendant
                                                        JACOB JACOBSEN

## ORDER

IT IS SO ORDERED that the change of plea hearing is continued from February 10, 2025, to **March 10, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **February 6, 2025**           /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE

USA v. Jacobsen – Stipulation and Order