IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00304-TLN-BAM |
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| JACOB JACOBSEN, | |
| Defendant. | |

Based upon the guilty plea entered by defendant Jacob Jacobsen and the factual basis agreed to during the change of plea hearing, it is hereby ORDERED as follows:

1. Under 18 U.S.C. § 2253(a), defendant Jacob Jacobsen's interest in the following property shall be forfeited to the United States of America, to be disposed of according to law:

   a. Blue Apple iPhone12, Model A2342, IMEI 3567131103035347, and
   b. Black Apple iPhone7, Model A1784, IMEI 359216071614860.

2. The above-listed property was used or intended to be used to commit or to promote the commission of a violation of 18 U.S.C. §§ 2251(a), 2251(e), and/or § 2252(a)(2).

3. Under Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The property shall be seized and held by the U.S. Marshals Service in its

secure custody and control.

    4.    a.    Under 18 U.S.C. § 2253(b), incorporated by 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b.    This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the court within 60 days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within 30 days from receipt of direct written notice, whichever is earlier.

    5.    If a petition is timely filed, upon adjudication of all third-party interests, if any, this court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253(a) in which all interests will be addressed.

    SO ORDERED this 5th day of August, 2025.

_____
Troy L. Nunley
Chief United States District Judge