1  DOUGLAS C. FOSTER, CA #205674
   Law Offices of Douglas C. Foster
2  3185 M. Street; Suite 200
   Merced, CA  95348
3  Telephone: (209) 691-7280
   Fax: (209) 691-7290
4
   Attorney for Defendant
5  JACOB JACOBSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00304-TLN-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING AND RE-SET DEADLINES FOR OBJECTIONS. |
| vs. | |
| JACOB JACOBSEN, | PROPOSED DATE: February 9, 2026 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Dale A. Drozd |

Due to lack of Criminal Justice Act funding, defense counsel has not been compensated for work performed on any of his federal matters since June. Payments were expected to resume in October, but the recent government shutdown has delayed that even further. Due to these considerations, defense counsel is in a position where he cannot afford to devote hours to the research and preparation of the arguments in Mr. Jacobsen's case and must instead devote that time to matters for which he can expect timely payment.

Due to the current uncertainty regarding funding, IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in this matter currently scheduled for December 1, 2025, be continued to February 9, 2026. The parties further stipulate that the briefing schedule and deadlines for filing objections be set as follows:

| | | |
|---|---|---|
| 1/12/2026: | Counsel's informal written objections shall be served on the Probation Officer and opposing counsel. |
| 1/19/2026: | The final Revised Presentence Report shall be filed with the Court and disclosed to counsel. |
| 1/26/2026: | Formal objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel. |
| 2/2/2026: | Reply, or Statement of Non-Opposition. |
| 2/9/2026: | Judgment and Sentencing. |

The assigned probation officer has indicated that this revised schedule also works for him.

IT IS SO SIPULATED:

                                                    Eric Grant
                                                  United States Attorney

DATED:                                   /s/ David Gappa
                                                  DAVID GAPPA
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff


DATED: 10/30/25                   /s/ Douglas Foster
                                                  DOUGLAS C. FOSTER
                                                  Law Offices of Douglas C. Foster
                                                  Attorney for Defendant
                                                  JACOB JACOBSEN

USA v. Jacobsen – Stipulation and Order to Continue Sentencing

**ORDER**

The court has reviewed and considered the stipulation filed by the parties on October 30, 2025, and reviewed the record of this case. For the reasons set forth therein, the request to continue sentencing is GRANTED.

IT IS SO ORDERED that sentencing in this matter shall be continued to **February 9, 2026, at 9:00 a.m., in Courtroom 5 before District Judge Dale A. Drozd.**

IT IS FURTHER ORDERED that the schedule for filing be reset as follows:

| Date | Action |
|---|---|
| 1/12/2026: | Counsel's informal written objections shall be served on the Probation Officer and opposing counsel. |
| 1/19/2026: | The final Revised Presentence Report shall be filed with the Court and disclosed to counsel. |
| 1/26/2026: | Formal objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel. |
| 2/2/2026: | Reply, or Statement of Non-Opposition. |
| 2/9/2026: | Judgment and Sentencing. |

DATED:   October 30, 2025

_____
Troy L. Nunley
Chief United States District Judge

USA v. Jacobsen – Stipulation and Order to Continue Sentencing