DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
3185 M. Street; Suite 200
Merced, CA 95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
JACOB JACOBSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JACOB JACOBSEN,<br><br>    Defendant. | Case No. 1:22-cr-00304-TLN<br><br><br>STIPULATION AND ORDER<br>TO RE-SET DEADLINES FOR OBJECTIONS. |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the deadline for filing objections reset as follows:

2/2/2026:     Formal objections filed with the Court.
2/9/2026:     Sentencing.

Counsel for the government and the assigned USPO have no objection to the proposed schedule.

IT IS SO SIPULATED:

                                                    PHILLIP A. TALBERT
                                                    United States Attorney


DATED:          January 26, 2026                    /s/ David Gappa
                                                    DAVID GAPPA
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff



DATED: January 26. 2026                             /s/ Douglas Foster
                                                    DOUGLAS C. FOSTER
                                                    Law Offices of Douglas C. Foster
                                                    Attorney for Defendant
                                                    JACOB JACOBSEN

USA v. Jacobsen – Stipulation and Order

## ORDER

The court has reviewed and considered the stipulation filed by the parties on January 26, 2026, and reviewed the record of this case. For the reasons stated, IT IS SO ORDERED that the deadline for the filing of formal objections shall be continued to February 2, 2026.


DATED:  January 26, 2026

_____
Troy L. Nunley
Chief United States District Judge

USA v. Jacobsen – Stipulation and Order