DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
3185 M. Street; Suite 200
Merced, CA  95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
JACOB JACOBSEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00304-TLN-EPG-1 |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE SENTENCING AND RE-SET DEADLINES FOR OBJECTIONS. |
| JACOB JACOBSEN, | |
| Defendant. | PROPOSED DATE: June 15, 2025<br>TIME: 10:00 a.m.<br>COURT: Hon. Dale A. Drozd |

In this matter, the defendant entered an open plea without plea agreement to several serious charges. Defense counsel is cognizant that the correct calculation of defendant's offense level is a critical factor in what will likely be a lengthy and highly contested sentencing hearing. As such, counsel believes it necessary to have an accurate understanding of what evidence is being used to support which enhancements such that the Court can be made aware of any contested issues of fact.

In preparation for the sentencing currently scheduled for February 9, 2026, defense counsel reviewed certain pieces of evidence referenced by probation as justifying the imposition of certain sentencing enhancements. Due to a number of factors, that evidence viewing did not

occur until after informal objections were due on January 12. At the conclusion of the evidence viewing, defense counsel raised several questions with the government concerning additional evidence that is and has been available for review in the Ripon FBI office but had not been sent to the Fresno FBI office. Following discussions with the government, the defense has concluded that it would benefit from reviewing additional evidence prior to filing formal objections to the presentence report.  To accommodate defense counsel's request, the government has agreed to make all contraband available in the Fresno FBI office in addition to the Ripon FBI office.

Given the limited time remaining before the currently scheduled sentencing hearing, IT IS HEREBY STIPULATED by the parties, through their respective counsel, that the sentencing hearing in this matter currently scheduled for February 9, 2026, be continued to June 15, 2026. This additional time will permit the parties to focus evidence and arguments in an effort to make a more efficient sentencing hearing. The parties further stipulate that the deadline for filing objections be reopened, and new dates set as follows:

> 6/1/2026:     Formal objections filed with the Court.
> 6/15/2026:    Sentencing.

Counsel for the government and the assigned probation officer have agreed to the proposed new date for sentencing.

IT IS SO SIPULATED:

Eric Grant
United States Attorney

DATED: January 28, 2026

/s/  David Gappa
DAVID GAPPA
Assistant United States Attorney
Attorney for Plaintiff

USA v. Jacobsen – Stipulation and Order to Continue
Sentencing

DATED: 1/28/2026

/s/ Douglas Foster
DOUGLAS C. FOSTER
Law Offices of Douglas C. Foster
Attorney for Defendant
JACOB JACOBSEN

USA v. Jacobsen – Stipulation and Order to Continue Sentencing

**ORDER**

The court has reviewed and considered the stipulation filed by the parties on January 27, 2026, and reviewed the record of this case. For the reasons stated in the stipulation, the request to continue sentencing is GRANTED.

IT IS SO ORDERED that sentencing in this matter shall be continued to June 15, 2026, at 10:00 a.m., in Courtroom 5 in Fresno before District Judge Dale A. Drozd.  IT IS FURTHER ORDERED that the deadlines for filing of objections shall be reopened and the schedule for filing be reset as follows:

6/1/2026:    Formal objections filed with the Court.
6/15/2026:    Sentencing.

IT IS SO ORDERED.

Dated:    **January 28, 2026**    _____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

USA v. Jacobsen – Stipulation and Order to Continue
Sentencing