ERIC GRANT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00304-TLN-EPG |
|---|---|
| Plaintiff, | STIPULATION TO MOVE SENTENCING HEARING TO AUGUST 24, 2026 |
| v. | PROPOSED DATE: August 24, 2026 |
| JACOB JACOBSEN, | TIME: 10:00 a.m. |
| Defendant. | |

This case is scheduled for a sentencing hearing on June 15, 2026. The presentence investigation report outlines a United States Sentencing Guidelines range of life, capped at the statutory maximum of 140 years, based on multiple counts with specific offense characteristics. The defendant submitted formal objections to some of the sentencing calculations on June 1, 2026, with a request to file them under seal. The government is preparing sentencing exhibits that it believes will support the USSG calculation in the presentence report. Those exhibits will include still and video images that are child sexual abuse material and can only be reviewed by defense counsel at a law enforcement office. In order to focus the sentencing arguments, defense counsel will benefit from reviewing the government's sentencing exhibits prior to the sentencing hearing, and this review might affect arguments that the defendant makes. Given the logistics necessary for this process, the parties believe that the sentencing hearing might be more efficient if there is additional time to prepare for the hearing. And in light of the

1

sensitive nature of the issues and anticipated evidence, the parties would welcome a separate hearing, or at least being placed at the end of the calendar.

IT IS SO STIPULATED.

Dated:  June 4, 2026                                      ERIC GRANT
                                                         United States Attorney


                                                         /s/ David Gappa
                                                         DAVID L. GAPPA
                                                         Assistant United States Attorney


Dated:  June 4, 2026                                      /s/ DOUGLAS FOSTER
                                                         DOUGLAS FOSTER
                                                         COUNSEL FOR
                                                         JACOB JACOBSEN

2

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00304-TLN-EPG |
| Plaintiff, | FINDINGS AND ORDER |
| v. | PROPOSED DATE: August 24, 2026 |
| JACOB JACOBSEN, | TIME: 10:00 a.m. |
| Defendant. | |

**FINDINGS AND ORDER**

The court has reviewed and considered the stipulation filed by the parties on June 4, 2026, and also reviewed the record of this case. The sentencing hearing in this case is continued to the calendar scheduled for August 24, 2026 at 10:00 a.m. in the Fresno courthouse with this matter to be called last on that currently lengthy calendar.

IT IS SO ORDERED.

Dated:    **June 5, 2026**                                    _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

3